THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARTHA VAN IDERSTINE, Appellant, v. WILLIAM E. WALSH et al., Constituting the Board of Appeals of the City of New York, Respondents.

*Appeal — certiorari to review decision of board of appeals of city of New York — appeal without permission to Court of Appeals dismissed.*

*People ex rel. Van Iderstine* v. *Walsh*, 208 App. Div. 740, appeal dismissed.

(Argued October 2, 1924; decided October 21, 1924.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered April 29, 1924, which affirmed an order of Special Term confirming on certiorari a decision of the board of appeals of the city of New York in sustaining the bureau of buildings of the borough of Brooklyn and denying an appeal therefrom in a proceeding to permit the extension in area of an existing garage in a business district in the borough of Brooklyn, city of New York.

*Henry F. Cochrane* for appellant.

*George P. Nicholson,* Corporation Counsel (*John F. O'Brien, Willard S. Allen* and *William T. Kennedy* of counsel), for respondents.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

J. BERTRAM CLEMENTS, Respondent, v. NATHAN L. DOB-LIN, Doing Business as DOBLIN COMPANY, Appellant.

*Attachment — execution — levy upon interest of defendant in property consigned to factors.*

*Clements* v. *Doblin*, 209 App. Div. 208, affirmed.

(Argued October 2, 1924; decided October 21, 1924.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 2, 1924, which affirmed an order of Special Term denying a motion to vacate a levy made

under a. warrant of attachment directed against the property of defendant in the hands of a certain factor.

The following questions were certified:

" 1. Under the facts appearing in this case, was the sheriff of the county of New York authorized to make a levy upon the interest of defendant in the property consigned to his factors?

" 2. Was the sheriff of the county of New York authorized to make a levy upon assets of defendant then unliquidated, contingent as to existence and as to amount, upon the striking in May, 1927, of a balance of the account between defendant and his factors, and which accounting to ascertain said balance, is compellable and obtainable only in equity?

" 3. Is the interest which a consignor has in merchandise consigned to his factors and in the proceeds therefrom under an agreement with his factors whereby the factors have a continuing lien upon all merchandise so consigned by the consignor and upon all the proceeds therefrom over a period of years, for advances, charges and guaranteed commissions to factors, such an interest as is subject to levy under a warrant of attachment? "

*J. Leo Rothschild* for .appellant.

*Jacob J. Podell* and *David L. Podell* for respondent.

Order affirmed, with costs; first and third questions certified answered in the affirmative, second question not answered; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.